

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    Debra Roberts as Attorney in Fact for James A. Roberts v. The City of Texas City, Texas

Appellate case number:    01-21-00064-CV

Trial court case number:    20-CV-1013

Trial court:    122nd District Court of Harris County

Date motion filed:    December 27, 2021

Party filing motion:    Appellant

The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature: _____/s/ Julie Countiss_____
                            Acting for the En Banc Court*

*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: _____January 13, 2022_____